UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO: 2:18-cr-37 |
| JOSE GALLEGOS, | ) |
| | ) |
| Defendant. | ) |

### DEFENSE COUNSEL'S MOTION TO APPEAR BY PHONE

Comes now Attorney Mark A. Psimos, counsel for the defendant, Jose Gallegos, and for his motion, says:

1. On August 2, 2019, co-defendant, Samuel Sahawneh, filed a Motion to Continue Final Pre-Trial Conference and Trial. (D.E. 241)

2. The motion sets out, in paragraph 7, that counsel for Mr. Gallegos had no objection to the continuance.

3. Counsel was under the impression that the Pre-Trial Conference, that is set on August 8, 2019 at 1:30 would be continued and made plans to attend a function with his son on that date and time.

4. Counsel is respectfully requesting that he either be excused from attending or, in the alternative, that he be allowed to attend by phone.

WHEREFORE, counsel for the defendant, Jose Gallegos, respectfully prays that the court grant his motion and either excuse his attendance or allow him to attend by phone.

/s MARK A. PSIMOS
9219 Broadway
Merrillville, IN 46410
(219) 769-6969
Fax: (219) 769-3875
Email: psimoslaw@airbaud.net

1

## **CERTIFICATE OF SERVICE**

  I certify that on August 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/CM/ECF system which sent notification of such filing to all counsel of record.

                      /s MARK A. PSIMOS